UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 01-0396 (PLF) |
| | ) | Civil Action No. 20-0822 (PLF) |
| ABDUR R. MAHDI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's Motion to Vacate, Set Aside, or Correct Sentence

Pursuant to 28 U.S.C. § 2255 [Dkt. No. 966], as amended by his Supplemental Motion to Vacate

Judgment Under 28 U.S.C. § 2255 Based on Johnson, Dimaya, and Davis [Dkt. No. 979] is

GRANTED; it is further

ORDERED that Mr. Mahdi's convictions on Counts 27-32 of the Retyped

Indictment [Dkt. No. 444] for use of a firearm during and in relation to a crime of violence,

along with the corresponding 132-year term of imprisonment imposed on December 4, 2003, are

VACATED; and it is further

ORDERED that Mr. Mahdi's total sentence is, in accordance with the foregoing, reduced from Life Plus One Hundred And Thirty Two Years to LIFE, as will be reflected in an amended Judgment and Commitment Order to be filed forthwith.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3\24\26